**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

TEXAS AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS-AMERICAN
FEDERATION OF TEACHERS and
AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS

*Plaintiffs*,

v.

BRANDON CREIGHTON in his official
capacity as Chancellor of the Texas Tech
University System, ARCILIA ACOSTA,
CODY CAMPBELL, CLAY CASH, TIM
CULP, SHELLEY SWEATT, DOUG
MCREAKEN, DON SINCLAIR, DUSTIN
WOMBLE, and RACHEL MCLELLAND, in
their official capacities as members of the
Texas Tech University System Board of
Regents,

*Defendants*.

Case No. 3:26-cv-01845-LS

### NOTICE OF INTENT TO FILE OPPOSITION

On July 30, 2026, Defendants filed their "Opposed Expedited Motion for Extension of Time to File Response to Plaintiffs' Motion for Preliminary Injunction." ECF. No. 29. On July 15, 2026, Plaintiffs' counsel attended a Local Rule CV-7(g) conference with Defendants where the parties discussed three forthcoming motions: (1) Plaintiffs' Motion for Preliminary Injunction; (2) Plaintiffs' Motion to Seal; and (3) Defendants' Motion to Transfer. Defendants provided their position that they would oppose Plaintiffs' Motions. Plaintiffs informed Defendants of our position

1

that we would oppose their Motion to Transfer. Plaintiffs filed their Motion for Preliminary Injunction on July 17, 2026. ECF. No. 19.

Eleven days later, on July 28, 2026, Defendants contacted Plaintiffs a second time to ask whether Plaintiffs would oppose their Motion to Transfer. Defendants then asked if Plaintiffs opposed the Motion to Transfer, would Plaintiffs agree to an extension of time to respond to the Motion for Preliminary Injunction. Plaintiffs conveyed that our position remained unchanged since July 15, 2026. Plaintiffs informed Defendants that Plaintiffs oppose the extension, based on a yet to be filed Motion to Transfer, because the Texas Tech system commences their Fall 2026 semester on August 24, 2026. We conveyed that any extension tethered to a yet to be filed Motion to Transfer and the standard three-week briefing schedule would mean that Plaintiffs would face another semester of irreparable harm.

Defendants have had notice of Plaintiffs' intent to file Plaintiffs' Motion for Preliminary Injunction since July 15, 2026, and did not ask for an extension for their opposition until July 30, 2026. Likewise, Defendants had planned, at least since July 15, 2026, to file a Motion to Transfer. Tellingly, Defendant's requested an extension for Plaintiffs' Motion to Seal on Friday, July 24, 2026 without asking a similar extension for the Motion for Preliminary Injunction.

In normal course and absent any further direction from this Court, Plaintiffs' response would be due by Thursday, August 6, 2026. Out of an abundance of caution, Plaintiffs respectfully inform the Court that they intend to file an opposition to Defendants' Motion by no later than Monday, August 3, 2026.

DATED this 30th day of July, 2026.

Respectfully submitted,

*/s/ Antonio L. Ingram II*

Antonio L. Ingram II
Avatara A. Smith-Carrington (*admitted PHV)*
Maydrian Strozier-Lowe *(admitted PHV*)
Alyssa Gordon (*admitted PHV*)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, D.C. 20005
aingram@naacpldf.org
acarrington@naacpldf.org
mstrozier-lowe@naacpldf.org
agordon@naacpldf.org
(202) 682-1300
FAX: (202) 682-1312

Christina Das (a*dmitted PHV*)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, N.Y. 10006
cdas@naacpldf.org
(212) 965-2200
FAX: (212) 226-7592

Nicholas Hite (a*dmitted PHV*)
Elizabeth Dankers (*admitted PHV*)
Kenneth D. Upton, Jr. (SBN 00797972)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
nhite@lambdalegal.org
ldankers@lambdalegal.org
kupton@lambdalegal.org
Phone: (214) 219-8585
FAX: (855) 535-2236

Katherine M. Bolger (a*dmitted PHV*)
Rachel A. Strom (a*dmitted PHV*)
Leena Charlton (a*dmitted PHV*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Fl.
New York, New York 10020
katebolger@dwt.com
rachelstrom@dwt.com
leenacharlton@dwt.com
Tel.: (212) 489-8230
Fax: (212) 489-8340

3