# Exhibit A

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS EL PASO DIVISION**

| | |
|---|---|
| TEXAS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS and AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRANDON CREIGHTON in his official capacity as Chancellor of the Texas Tech University System, ARCILIA ACOSTA, CODY CAMPBELL, CLAY CASH, TIM CULP, SHELLEY SWEATT, DOUG McREAKEN, DON SINCLAIR, DUSTIN WOMBLE, and RACHEL McLELLAND, in their official capacities as members of the Texas Tech University System Board of Regents,<br><br>*Defendants*. | Case No. 3:26-cv-01845-LS |

**DECLARATION OF CARL B. DWYER JR.**

I, Carl B. Dwyer Jr., hereby declare and state as follows:

1. I currently serve as the President of the El Paso Branch of the NAACP, and I have personal knowledge of the matters set forth herein.

2. Founded in 1914, the El Paso Branch was the very first branch of the NAACP in the state of Texas. The founding of this unit cannot be told without discussing the life of its most noted chartering member, Dr. Lawrence Aaron Nixon, a Black, physician who, although a native

English speaker, became fluent in Spanish to serve both Black and Latinx patients throughout border communities.

3. Dr. Nixon moved to El Paso in 1909 and established a successful medical practice, helping to organize a Methodist congregation and the very first NAACP branch in the state of Texas. Today, over 24,000 Black people live in El Paso, according to the Census Bureau. El Paso is extraordinarily diverse. It is one of the few American cities with more Spanish speakers than English speakers. 83% of the population is Latinx.[1]

4. From its founding to this very day, the NAACP El Paso Branch remains a leading advocate for political, legal, and civil rights of Black Americans in El Paso. Our mission is to achieve equity, political rights, and social inclusion by advancing policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color. Our membership is open to all races.

5. I have served as the President of the NAACP El Paso Branch since January 2024. Outside of my work with the NAACP El Paso Branch, I served for over 31 years in the United States Army before retiring as a Brigade Command Sergeant Major in 2019. Prior to retirement, my last duty post was as a top enlisted soldier at William Beaumont Army Medical Center in Fort Bliss, where I managed the organizational strength levels and employee certification training programs for over 3,500 staff members. I also helped increase hospital satisfaction survey scores from 70% to over 90% within a 12-month time period, earning the treatment facility the highest patient experience rating within the Western Region.

[1] Melissa D Mendez, Sandra Lopez, Josh H Washington IV, *Starting the Conversation About Healthcare Disparities,* 28 HCA HealthCare Journal of Medicine 3 (2022), available at https://pmc.ncbi.nlm.nih.gov/articles/PMC10324849/.

6. After retiring from the Army, I served as the El Paso Veteran Service Officer for three years before joining El Paso Community College in 2024 to reopen the Veterans Resource Centers. The mission of the Veteran Resource Centers is to ease the transition to academics for our veterans and act as a "one-stop shop" for military-affiliated students who need resources, information about programs, or a mere place to relax with fellow veterans.

7. My background in healthcare administration and as President of the NAACP El Paso Branch makes me acutely aware of the dangers the Creighton Memoranda present for Black El Pasoans, Black veterans, and our membership at Texas Tech Health Science Center El Paso.

8. At NAACP El Paso, we are organized into several different advocacy committees that focus on addressing and eliminating issues facing Black Americans. We have a Health Committee and are deeply concerned about the impact of the Creighton Memoranda on Black people in El Paso.

9. The Health Committee's mission is to: "(l) work to promote, protect and maintain the health of African Americans; (2) assess the health needs of the community; (3) advocate for equal access to health education, care, treatment and research for all Americans; (4) sponsor health-related activities such as health forums, fairs and workshops highlighting issues of importance to people of color; and (5) support health initiatives of the Association."

10. In line with this mission, the NAACP El Paso Branch is particularly concerned about the impacts stemming from the Creighton Memoranda's prohibitions on teaching certain content related to race, gender identity, and sexual orientation, and how such prohibitions present at Texas Tech Health Science Center El Paso. The ability for medical professionals to discuss health disparities is an essential part of high-quality healthcare. Black Americans, both in Texas and across the U.S., often experience significant health disparities. This problem is particularly

acute in West Texas, which exacerbates our fears about the effects of the Creighton Memoranda in our community. The documented racial disparities in health outcomes present in West Texas highlight major gaps in screening, risk awareness, and access to preventive care.[2] For example, although Black residents in West Texas experience the highest rates of diagnosed hypertension (68.8%) in the region, a recent study revealed that Black participants had elevated blood pressure within the hypertension range but went undiagnosed.[3] And in a meta-analysis of recent peer reviewed journal articles, more than half of the studies (50.4%) showed that race and ethnicity were significantly associated with increased mortality in Texas for the five leading causes of death.[4]. These disparities are undisputed facts, not conjecture.

11. In addition to their effects exacerbating health disparities in West Texas at large, the Creighton Memoranda's prohibitions threaten to further exacerbate the existing health disparities Black Americans face in El Paso specifically.

12. El Paso is the eighth highest county in Texas experiencing excess health spending and loss of productivity resulting from health disparities.[5] It is estimated that the economic impact of health disparities in El Paso in 2020 was $264,684,240, equivalent to a loss of an additional $302 per capita than other Texas counties of similar size.[6] And when looking at the cumulative

---

[2] Heath, E., Almosa, A., Joseph, R. *et al.* Racial and Ethnic Patterns in Cardiovascular Disease Risk Among Low-Income Adults in West Texas. *J. Racial and Ethnic Health Disparities* (2026). https://doi.org/10.1007/s40615-026-02963-7

[3] *Id.*

[4] Falia, G., Eboreime, E., Harper, P. *et al.* Exploring Rurality and Racial/Ethnic Disparities in Texas Mortality: A Scoping Review of the Five Leading Causes of Death. *J. Racial and Ethnic Health Disparities* (2025). https://doi.org/10.1007/s40615-025-02627-y.

[5] Turner A., Miller G., Michaelson M. (2023) Economic Impacts of Health Disparities in Texas 2020: Supplement Estimates by County. Altarum. https://efaidnbmnnnibpcajpcglclefindmkaj/https://stdavidsfoundation.org/wp-content/uploads/2023/10/Economic-Impacts-of-Health-Disparities-in-Texas.pdf.

[6] *Id.*

years of life lost in El Paso County as a direct result of racial disparities, 15,551 years of life was lost.[7]

13. El Paso County also has a "markedly higher" share of residents in "fair or poor health" than other Texas counties, and the United States population, according to a 2022 county-led study.[8] A greater share of El Paso residents are diagnosed with diabetes compared to the Texas and national average.[9] A greater share of El Paso residents report more days of poor physical health per month than the Texas and national average.[10]

14. Compared to national and statewide statistics, El Paso residents experience higher rates of severe housing problems, a higher child poverty rate, higher rates of uninsurance, and lower rates of physical activity.[11] Yet El Paso residents have less access to care than the United States population and Texas averages. El Paso has fewer primary care physicians per people, fewer dentists per people, and fewer hospitals per 100,000 people.[12]

15. The health disparities in El Paso were made devastatingly clear in 2020, when it became "ground zero" for coronavirus infections in the state.[13] Latinx people were 3 to 5 times more likely to become infected.[14] A solution to these disparities that scientists recommend is "implementing an advocacy curriculum tailored to the population in question will educate

---

[7] *Id.*
[8] 2022 Community Health Assessment at 31-32, City of El Paso Department of Public Health (2022), https://www.elpasotexas.gov/assets/Documents/CoEP/Public-Health/El-Paso-2022-Community-Health-Assessment.pdf.
[9] *Id.*
[10] *Id.* at 75.
[11] *Id.* at 71-74.
[12] *Id.* at 71.
[13] Melissa D Mendez, Sandra Lopez, Josh H Washington IV, *Starting the Conversation About Healthcare Disparities,* 28 HCA HealthCare Journal of Medicine 3 (2022), available at https://pmc.ncbi.nlm.nih.gov/articles/PMC10324849/.
[14] *Id.*

residents and fellows in current healthcare inequities."[15] Texas Tech Health Science Center El Paso was set up to do exactly this.

16. At Texas Tech Health Science Center El Paso, we have members who are impacted by the Creighton Memoranda. Our membership at Texas Tech Health Science Center El Paso can testify to how Creighton Memoranda's prohibitions affect their coursework and ability to learn about health disparities necessary to adequately treat patients in their profession and in our community. We also have other members within the El Paso community who can testify to the importance of health equity in the El Paso community, and how limits censoring discussions on health disparities harm local public health.

17. Health is fundamental to the quality of our lives. As the aforementioned statistics demonstrate, there is a great need for additional training of health practitioners to learn more about health disparities in the region. A recent symposium on health disparities hosted in West Texas brought together over 100 medical practitioners and students to reveal that only 36% of the participants had prior experience with health disparities.[16] Rather than fill this existential gap in care, the Creighton Memoranda threaten to exacerbate it further.

18. The NAACP El Paso Branch is also especially worried about how the Creighton Memoranda might affect the significant Black population at Fort Bliss and the Black veterans who live in our community. Fort Bliss is the second-largest Army base in the country based on acres owned.[17] The 2020 Census counted 1,483 Black people who live on Fort Bliss.

---

[15] *Id.*

[16] Pazhoor, A., Almosa, A., Guido, J. et al. Evaluating the impact of the 2nd Annual West Texas Health Disparities Symposium: a comprehensive survey analysis. BMC Med Educ 26, 230 (2026). https://doi.org/10.1186/s12909-025-08509-5.

[17] Brandy Ruiz, *Fact check: Is Fort Bliss the largest military base in the U.S. based on acreage?* El Paso Matters (June 16, 2025), https://elpasomatters.org/2025/06/16/gigafact-fact-brief-how-big-is-fort-bliss-el-paso-texas/.

19. Our members at Texas Tech Health Science Center El Paso would find it unduly burdensome to travel to Lubbock to provide testimony about the impacts of the Creighton Memoranda on the El Paso community given the demanding requirements of their coursework, the resulting disruption to their student learning environment, and the inflexible Texas Tech Health Science Center El Paso academic commitments they are obligated to follow.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on 13 August, 2026.

Carl B. Dwyer Jr.

NAACP El Paso President Carl B. Dwyer Jr.