**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| TEXAS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS AND THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br>*Plaintiffs,*<br>v.<br>BRANDON CREIGHTON, *et al.*,<br>*Defendants.* | CIVIL ACTION NO. 3:26-cv-01845-LS |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL**

---

Defendants Brandon Creighton, in his official capacity as Chancellor of the Texas Tech University System and Arcilia Acosta, Cody Campbell, Clay Cash, Tim Culp, Shelley Sweat, Doug McReaken, Don Sinclair, Dustin Womble, and Rachel McLelland, in their official capacities as Members of the Texas Tech University System ("TTUS") Board of Regents, respectfully file this this Unopposed Motion to Withdraw Wade A. Johnson and would respectfully shows the following:

Wade A. Johnson is currently designated as an attorney of record for Defendants. Mr. Johnson is leaving his employment with the Office of the Attorney General; therefore, it is necessary to withdraw him from this case.

Defendants will continue to be represented by counsel listed below.

For the reasons stated above, Defendants respectfully request that the Court grant this Unopposed Motion to Withdraw Wade A. Johnson as Counsel and remove Mr. Johnson from all further electronic notifications regarding this case.

Date: August 24, 2026

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division
Texas State Bar No.

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

/s/ *Wade A. Johnson*
WADE A. JOHNSON
Deputy Chief, Special Litigation Division
Attorney-in-Charge
Texas State Bar No. 24062197
wade.johnson@oag.texas.gov

DAVID BRYANT
Senior Special Counsel
Texas State Bar No. 03281500
david.bryant@oag.texas.gov

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 24, 2026, I conferred with Antonio Ingram, counsel for Plaintiffs, via email regarding this Motion. Mr. Ingram stated Plaintiffs do not oppose this motion.

/s/ *Wade A. Johnson*
WADE A. JOHNSON

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on August 24, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

/s/ *Wade A. Johnson*
WADE A. JOHNSON